UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGUEI ARTEMOV,<br><br>    Plaintiff,<br><br> v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, BANK OF AMERICA, N.A., and CITIBANK, N.A.,<br><br>    Defendants. | Civil Action No. 1:20-cv-1892 |

**AFFIDAVIT OF VICTORIA DORFMAN**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Victoria Dorfman, affirm that:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. There are no disciplinary proceedings presently against me.

4. I am a member in good standing of the bars of the District of Columbia, admitted on June 7, 2004 (Bar # DC-487567) and the State of New York, admitted on December 9, 2008 (Bar #4656625). I have attached my Certificates of Good Standing in the District of Columbia and the State of New York as **Exhibit A** and **Exhibit B**, respectively. There are no pending disciplinary proceedings against me in any state or federal court. I am also admitted to practice in the Appellate Courts of the First Circuit, admitted on March 16, 2018; Second Circuit, admitted on March 25, 2009 and renewed admission on January 3, 2014; Third Circuit, admitted

on March 3, 2007; Sixth Circuit, admitted on November 23, 2004; Seventh Circuit, admitted on November 18, 2005; Ninth Circuit, admitted on November 6, 2005; Fifth Circuit, admitted on February 20, 2015; Federal Circuit, admitted on October 26, 2011; the Court of Federal Claims, admitted on October 28, 2005; and the Supreme Court of the United States, admitted on November 3, 2014.

Victoria Dorfman



Notary Public

Sworn to and subscribed before
me this 18th day of August, 2020

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Victoria Dorfman*

was duly qualified and admitted on June 7, 2004 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 3, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# EXHIBIT B

# Appellate Division of the Supreme Court
# of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Victoria Dorfman

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 9, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
**August 4, 2020**

Clerk of the Court

5351